UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 01, 2023

Mr. Noe Astorga-Corral
Fadduol, Cluff, Hardy & Conaway
3301 San Mateo Boulevard NE
Albuquerque, NM 87110

RE:     23-2038, 23-2039, 23-2040, 23-2041, 23-2042, 23-2043, 23-2044, 23-2045, Lopez (Cook) v. Cantex Health Care Centers II, et al
Dist/Ag docket: 1:22-CV-00825-KWR-JMR

Dear Counsel:

Appellees' brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

There is no statement on the front cover of the brief whether oral argument is desired. (Every request for oral argument must be accompanied by a statement of the reason(s) oral argument is necessary.) *See* 10th Cir. R. 28.2(C)(2).

The front cover of the brief does not contain the name of the court, the judge whose order/judgment is being appealed, and the originating case number. *See* 10th Cir. R. 28.2(C)(1).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Frank Alvarez
Joshua Keith Conaway
Trent E. Gray
Nichole Lynn Henry
Aaron K. Thompson

CMW/jm