**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| TODD LOPEZ, as personal representative of the wrongful death estate of Clara Mae Cook, Don Begay, Raymond Gabehart, Eva Hunt, Gladys Pioche, Clara Mae Cook, and Nellie Harwood,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CANTEX HEALTH CARE CENTERS II, LLC, et al.,<br><br>    Defendants - Appellants. | Nos. 23-2038, 23-2039, 23-2040, 23-2041, 23-2043, 23-2044 & 23-2045<br>(D.C. Nos. 1:22-CV-00825-KWR-JMR; 1:22-CV-00822-KWP-JMR; 1:22-CV-00826-KWR-JMR; 1:22-CV-00831-KWR-JMR; 1:22-CV-00824-KWR-JMR; 1:22-CV-00834-KWR-JMR; 1:22-CV-00827-KWR-JMR)<br>(D. N.M.) |
| DENNIS MURPHY, as personal representative of the wrongful death estate of Joe A. James,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CANTEX HEALTH CARE CENTERS II, LLC, et al.,<br><br>    Defendants - Appellants. | No. 23-2042<br>(D.C. No. 1:22-CV-00832-KWR-JMR)<br>(D. N.M.) |

_____

**ORDER**

_____

These matters are before the court following review of the appellants' docketing statements filed in each of the eight appeals. Defendants Cantex Health Care Centers II

and Farmington Health Care Center LTD Co. appeal the district court's February 24, 2023 consolidated order remanding the cases to the First Judicial District Court, County of Santa Fe, New Mexico, which is the state court from which the cases were removed. This court's authority to review remand orders is substantially limited, however, and we believe that we may be without jurisdiction to review this particular order. Accordingly, we are considering these appeals for summary disposition. 10th Cir. R. 27.3(B).

We direct the appellants to address the following issue in a single memorandum brief to be filed in all eight appeals: whether this court has jurisdiction to review the district court's order remanding the cases to state court? 28 U.S.C. § 1447(d) ("An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise…"); *Powerex Corp. v. Reliant Energy Svcs., Inc.*, 551 U.S. 224, 229 (2007) (discussing same). The appellants' memorandum brief shall be filed on or before April 24, 2023.

Proceedings in these appeals, including briefing on the merits, are suspended pending further order of this court. *See* 10th Cir. R. 27.3(C).

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    *Lara Smith*

    by: Lara Smith
        Counsel to the Clerk